## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE Eastern DISTRICT OF PENNSYLVANIA

IN RE: Kimberly A. Sweeney             CHAPTER 13
        aka Kimberly Ann Sweeney
        aka Kimberly Brodbeck-Sweeney       BKY. NO. 14-15384 MDC
        James J. Sweeney Jr.
        aka James J. Sweeney

<u>Debtors</u>

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of DITECH FINANCIAL LLC and index same on the master mailing list.

           Respectfully submitted,
           **/s/ Kevin G. McDonald, Esq.**
           Kevin G. McDonald, Esquire
           KML Law Group, P.C.
           701 Market Street, Suite 5000
           Philadelphia, PA 19106-1532
           (215) 627-1322