United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-15384-mdc
James J. Sweeney, Jr.                                                 Chapter 13
Kimberly A. Sweeney
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP               Page 1 of 2              Date Rcvd: Oct 18, 2019
                              Form ID: 138NEW           Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2019.
db/jdb         +James J. Sweeney, Jr.,    Kimberly A. Sweeney,    462 Buck Road,    Holland, PA 18966-2142
13340732        Abington Memorial Hospital,    2510 Maryland Rd., Ste 200,    Willow Grove, PA 19090-1135
13340735        Chase,   PO Box 15298,    Wilmington, DE 19850-5298
13340736        Children's Hospital of Philadelphia,    PO Box 822511,    Philadelphia, PA 19182-2511
14381088       +DITECH FINANCIAL LLC,    C/O KML Law Group,    701 Market Street Suite 5000,
                Philadelphia, PA. 19106-1541
14381855       +DITECH FINANCIAL LLC,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
13340737       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13340740       #Grimley Financial Corporation,    30 Washington Avenue,    Suite C-6,
                Haddonfield, NJ 08033-3341
13340742       +Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
13340743       +Hsbc Bank,   Po Box 9,    Buffalo, NY 14240-0009
13340744        Langhorne Physicians Services, PP,    P.O. Box 824045,    Philadelphia, PA 19182-4045
13340749       +Police And Fire Fcu,    901 Arch St,   Philadelphia, PA 19107-2495
13340750       +Police and Fire Federal Credit Union,    Customer Service,    P.O. Box 30495,
                Tampa, FL 33630-3495
13340752       +Rodulph Clark, LLC,    Eight Neshaminy Interplex, Suite 215,    Trevose, PA 19053-6980
13340754       +St. Mary,   1201 Langhorne-Newtown Rd,    Langhorne, PA 19047-1201
13340757        Temple Physicians, Inc.,    Post Office Box 824055,    Philadelphia, PA 19182-4055
13340758       +Thd/Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 19 2019 03:46:54     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 19 2019 03:46:27     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Oct 19 2019 03:45:15     Ditech Financial LLC,
                PO BOX 0049,   Palatine, IL 60055-0001
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2019 03:52:40
                PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
13340733        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 19 2019 03:52:24     Cap One,
                Po Box 85520,   Richmond, VA 23285
13340734        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 19 2019 03:52:24     Capital One,
                Bankruptcy Claims,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
13340738       +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2019 03:52:10     GE Capital Retail Bank,
                Attn: Bankruptcy Dept.,    PO Box 103104,    Roswell, GA 30076-9104
13460272        E-mail/Text: bankruptcy.bnc@ditech.com Oct 19 2019 03:45:15     Green Tree Servicing LLC,
                PO BOX 6154,   Rapid City, SD 57709-6154,    Telephone # 888-298-7785
13340739        E-mail/Text: bankruptcy.bnc@ditech.com Oct 19 2019 03:45:15     Green Tree Servicing, LLC,
                Bankruptcy Department,    PO Box 6154,   Rapid City, SD 57709-6154
13340741       +E-mail/Text: Harris@ebn.phinsolutions.com Oct 19 2019 03:47:20     Harris & Harris, Ltd.,
                111 West Jackson Boulevard, Suite 400,    Chicago, IL 60604-4135
13340745       +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2019 03:53:06     Lowe's,   GE Captial Retail Bank,
                Attn:  Bankruptcy Dept.,    PO Box 103104,    Roswell, GA 30076-9104
13340746       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 19 2019 03:46:05     Midland Funding,
                8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
13340748       +E-mail/Text: bankruptcygroup@peco-energy.com Oct 19 2019 03:45:15     PECO,   Bankruptcy Group,
                2301 Market Street, N3-1,    Philadelphia, PA 19103-1338
13409422        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2019 04:11:54
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13383640        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 19 2019 03:45:51
                Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
13434481       +E-mail/Text: csidl@sbcglobal.net Oct 19 2019 03:46:25     Premier Bankcard/Charter,
                PO Box 2208,   Vacaville, CA 95696-8208
13400890        E-mail/PDF: cbp@onemainfinancial.com Oct 19 2019 03:52:11     Springleaf Financial,
                P.O. Box 3251,   Evansville,IN 47708
13340753        E-mail/PDF: cbp@onemainfinancial.com Oct 19 2019 03:53:09     Springleaf Financial S,
                1325 Easton Rd,   Roslyn, PA 19001
13340755       +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2019 03:53:06     Syncb/Lowes,   Po Box 965005,
                Orlando, FL 32896-5005
13340756       +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2019 03:52:36     Syncb/Walmart,   Po Box 965024,
                Orlando, FL 32896-5024
13340759       +E-mail/Text: BKRMailOps@weltman.com Oct 19 2019 03:46:12     Weltman Weinberg & Reis,
                325 Chestnut Street, Suite 501,    Philadelphia, PA 19106-2605
13340760        E-mail/Text: collect@williamsalexander.com Oct 19 2019 03:45:15
                Williams, Alexander & Associates,    P.O. Box 2148,    Wayne, NJ 07474-2148
                                                                                              TOTAL: 22

```
District/off: 0313-2           User: PaulP                 Page 2 of 2                  Date Rcvd: Oct 18, 2019
                               Form ID: 138NEW             Total Noticed: 39
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13340751         RGO/Urology Care Alliance
smg*             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                   Harrisburg, PA 17128-0946
13910310*        ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541)
13387497*        Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
                   Harrisburg, PA 17128-0946
13340747         ##Northampton Bucks County Municipal Auth,   111 Township Road,   Richboro, PA 18954-1550
                                                                                          TOTALS: 1, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2019 at the address(es) listed below:
```
              ANNE M. AARONSON    on behalf of Creditor    POLICE AND FIRE FEDERAL CREDIT UNION
               aaaronson@dilworthlaw.com,
                mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com
              ERIK L. COCCIA    on behalf of Creditor    POLICE AND FIRE FEDERAL CREDIT UNION
               ecoccia@dilworthlaw.com
              JESSE N. SILVERMAN    on behalf of Creditor    POLICE AND FIRE FEDERAL CREDIT UNION
               jsilverman@dilworthlaw.com,   kmalenki@dilworthlaw.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    GREEN TREE SERVICING LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JOSEPH R. LOVERDI    on behalf of Creditor    POLICE AND FIRE FEDERAL CREDIT UNION
               LoverdiJ@PFFCU.org,   divellod@pffcu.org
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM D. SCHROEDER, JR    on behalf of Joint Debtor Kimberly A. Sweeney schroeder@jrlaw.org,
               Healey@jrlaw.org
              WILLIAM D. SCHROEDER, JR    on behalf of Debtor James J. Sweeney, Jr. schroeder@jrlaw.org,
               Healey@jrlaw.org
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: James J. Sweeney, Jr. and Kimberly A. Sweeney

       Debtor(s)                            Bankruptcy No: 14–15384–mdc

                                                      Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                           Suite 400
                     Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                    For The Court
                                              Timothy B. McGrath
                                              Clerk of Court

Dated: 10/18/19

                                                                                    95 – 94
                                                                  Form 138_new