United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-15384-mdc
James J. Sweeney, Jr.                                                   Chapter 13
Kimberly A. Sweeney
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: ChrissyW              Page 1 of 1              Date Rcvd: Dec 06, 2019
                               Form ID: 195                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2019.
db/jdb        +James J. Sweeney, Jr.,    Kimberly A. Sweeney,    462 Buck Road,    Holland, PA 18966-2142

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2019 at the address(es) listed below:
              ANNE M. AARONSON    on behalf of Creditor    POLICE AND FIRE FEDERAL CREDIT UNION
               aaaronson@dilworthlaw.com,
               mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com
              ERIK L. COCCIA    on behalf of Creditor    POLICE AND FIRE FEDERAL CREDIT UNION
               ecoccia@dilworthlaw.com
              JESSE N. SILVERMAN    on behalf of Creditor    POLICE AND FIRE FEDERAL CREDIT UNION
               jsilverman@dilworthlaw.com,    kmalenki@dilworthlaw.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    GREEN TREE SERVICING LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JOSEPH R. LOVERDI    on behalf of Creditor    POLICE AND FIRE FEDERAL CREDIT UNION
               LoverdiJ@PFFCU.org,    divellod@pffcu.org
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM D. SCHROEDER, JR    on behalf of Debtor James J. Sweeney, Jr. schroeder@jrlaw.org,
               Healey@jrlaw.org
              WILLIAM D. SCHROEDER, JR    on behalf of Joint Debtor Kimberly A. Sweeney schroeder@jrlaw.org,
               Healey@jrlaw.org
                                                                                              TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

James J. Sweeney, Jr. and Kimberly A. Sweeney : Case No. 14–15384–mdc
    Debtor(s)

### *ORDER*
_____

AND NOW, this day , December 6,2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

99
Form 195